IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL THOMAS CAMACHO, JR. a/k/a DANNY CAMACHO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JEROME WALSH, et al. | : | NO. 10-5136 |

## ORDER

AND NOW, this 26th day of July, 2011, it appearing that:

a. By Order of January 14, 2011, Mr. Camacho's petition for writ of *habeas corpus* was referred to Magistrate Judge Hart for a Report and Recommendation.

b. On January 20, 2011, petitioner filed a motion for production of transcripts.

c. On April 5, 2011, petitioner was given leave to file an amended petition for *habeas corpus*, which he filed on April 18, 2011.

d. On April 18, 2011, petitioner filed a motion for stay and abeyance of these *habeas* proceedings; defendants responded to this motion and petitioner's *habeas* petition on June 3, 2011.

e. On June 23, 2011, Magistrate Judge Hart filed a Report and Recommendation in which he recommended that petitioner's motion for stay and abeyance be granted.

It is therefore **ORDERED** that:

    1.  After careful and independent consideration of the petition for writ of *habeas corpus*, and after review of the Report and Recommendation of Magistrate Judge Jacob P. Hart, the Report and Recommendation is **APPROVED and ADOPTED**.

    2.  Petitioner's motion for stay and abeyance (paper no. 18) is **GRANTED**.  This matter is **STAYED** pending the outcome of petitioner's pending PCRA matter.

    3.  Petitioner's motion for production of transcripts (paper no. 8) is **DENIED** without prejudice to renewal when the stay of this action is lifted.

    4.  This case shall be placed in **ADMINISTRATIVE SUSPENSE**.  Petitioner and respondents shall notify the court within thirty (30) days of the conclusion of the pending PCRA matter.

    /s/ Norma L. Shapiro
                            J.