**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

DANIEL THOMAS CAMACHO, JR.    :
a/k/a DANNY CAMACHO     :  CIVIL ACTION
               :
v.             :  NO. 10-5136
               :
JEROME WALSH; THE DISTRICT ATTORNEY :
OF THE COUNTY OF PHILADELPHIA; and THE :
ATTORNEY GENERAL OF THE COMMONWEALTH :
OF PENNSYLVANIA       :

## <u>ORDER</u>

    AND NOW, this 27th day of December, 2013, after consideration of petitioner's

Motion for Reconsideration (paper no. 35) and respondents' Response in Opposition (paper no.

36), and for the reasons stated in the attached Memorandum of today's date, it is **ORDERED**

that the Motion for Reconsideration (paper no. 35) is **DENIED**.

           /s/ Norma L. Shapiro
                  J.